(No. 6006—

ROCKFORD BEAUTY ACADEMY, INC., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

202

*Opinion filed April 27, 1971.*

ROCKFORD BEAUTY ACADEMY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.